# United States District Court
## *Southern District of Georgia*

Progressive Mountain Insurance Company

Case No. 4:19-cv-00166-TWM-CLR

Plaintiff

v. Numbers Enterprise, LLC, et al.

Appearing on behalf of

Plaintiff

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 25th day of November, 2019.

*[signature]*
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Robert D. Moseley, Jr. |
| Business Address: | Moseley Marcinak Law Group LLP |
| | Firm/Business Name |
| | 4324 Wade Hampton Boulevard, Suite B |
| | Street Address |
| | Taylors    SC    29687 |
| | Street Address (con't)    City    State    Zip |
| | P.O. Box 26148 |
| | Mailing Address (if other than street address) |
| | Greenville    SC    29616 |
| | Address Line 2    City    State    Zip |
| | 864-248-6026 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | rob.moseley@momarlaw.com |