FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN 27 PM 4:04
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PROGRESSIVE MOUNTAIN INSURANCE )
COMPANY, )
 )
    Plaintiff, )
 )
v. )  CASE NO. CV419-166
 )
NUMBERS ENTERPRISE, LLC; )
STANLEY J. SMART; B&N TRUCKING, )
INC.; TRU BLU TRUCKING, LLC; )
PRAETORIAN INSURANCE COMPANY; )
SCOTT & SONS TRUCKING, LLC; )
KINDER MORGAN, INC.; SOUTHERN )
LNG COMPANY, LLC; SOUTHERN )
LIQUEFACTION CO., LLC; ELBA )
LIQUEFACTION COMPANY, LLC; IHI )
E&C INTERNATIONAL COMPANY; )
JAMES MOORE; and PATRICK )
STYBLO, Individually and as the )
Court-Appointed Personal )
Administrator of the Estate of )
Patrick Glisson, )
 )
    Defendants. )

## ORDER

Before the Court is Plaintiff's Motion to Dismiss A Party Defendant. (Doc. 27.) In its motion, Plaintiff requests that the Court dismiss Defendant James Moore as a party to this matter because Plaintiff has been unable to locate or serve Defendant Moore. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss a defendant by filing "a notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment." As requested by Plaintiff, Defendant James Moore is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 27th day of January 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA