AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PROGRESSIVE MOUNTAIN INSURANCE
COMPANY,

                                                     JUDGMENT IN A CIVIL CASE

v.                 CASE NUMBER: CV419-166

NUMBERS ENTERPRISE, LLC;
STANLEY J. SMART; TRU BLU
TRUCKING, LLC; SCOTT & SONS
TRUCKING, LLC; and PATRICK
STYBLO, Individually and as the Court-Appointed Personal
Administrator of the Estate of Patrick Glisson;

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 15, 2020, the Motion for Summary Judgment by Progressive Mountain Insurance Company is granted. Judgment is hereby entered in favor of Plaintiff, Progressive Mountain Insurance Company and against Defendant, Patrick Styblo.

December 15, 2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*/s/ James R. Burwell*  
*(By) Deputy Clerk*

GAS Rev 10/2020